UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

13-MC-05040-PRO

CASE NO: 2-13-mc-00169

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-20153-CIV

TROPIC OIL CO.
    Plaintiff

vs.

MATT EUGENE RUCK and
RILEY FITT-CHAPPELL and
GOVERNMENT SERVICES CORP.
f/k/a MLDC GOVERNMENT
SERVICES CORP.
    Defendants

COLUMBIA BANKING SYSTEM, INC.
    Garnishee
_____/

## PROPOSED ORDER

THIS CAUSE came on before the undersigned on plaintiff, TROPIC OIL CO's affidavit in support of writ of garnishment and the court, on review of the court file and being advised in the premises it is

ORDERED AND ADJUDGED that the clerk is ordered to enter the writ of garnishment to be served on COLUMBIA BANKING SYSTEM INC.

_____
District Judge