13-MC-05040-ORD

DISTRICT COURT
DISTRICT OF WASHINGTON

(SEATTLE) CASE NO: 2-13-mc-00169
(TACOMA) CASE NO: 2-13-mc-05040-BHS

FILED ____ LODGED
____ RECEIVED
FEB 10 2014
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

TROPIC OIL CO.

    Plaintiff

VS.

MATT EUGENE RUCK et.al

    Defendants

VS.

COLUMBIA BANKING SYSTEM

    Garnishee    /

SOUTHERN DISTRICT OF FLORIDA
CASE NO: 13-20153-CIV

JUDGMENT AND ORDER TO PAY

## Judgment Summary

| | |
|---|---|
| Judgment creditor | $ 93,379.25 |
| Garnishment Judgment Debtor | $ 93,379.25 |
| Garnishment Judgment Amount | $ 11,835.75 |
| Cost Judgment Debtor | $ 220.00 |
| Cost Judgment Amount | $ 220.00 |
| Judgment to bear interest at | 6.24% |
| Attorney for Judgment Creditor | $ 250.00 |

    IT APPEARING THAT garnishee was indebted to defendant in the nonexempt amount of $ 11,835.75; that at the time the writ of garnishment was issued defendant maintained a financial institution account with garnishee, or garnishee had its possession or control funds of defendant; and that plaintiff has incurred recovery costs and attorneys fees of $ 250.00; now, therefore, it is hereby
    ORDERED, ADJUDGED, AND DECREED that plaintiff is awarded judgment against garnishee in the amount of $ 11,835.75; that plaintiff is awarded judgment against defendant in the amount of $ 220.00 for recoverable costs; that if this is a district court order, garnishee shall pay its judgment amount to plaintiffs

attorney, Stephen E. Tunstall P.A. Trust Account, 7745 SW 114 St., Miami Fla. 33156, and if payment is received by the clerk of the court, the clerk shall forthwith disburse such payment to plaintiffs attorney. Garnishee is advised that failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DONE IN OPEN COURT this 12 day of February, 2014.

_____
District Court Judge

Presented by:

_____
Stephen E. Tunstall
Attorney for Plaintiff

copies to: Daniel Anderson
          Reg. Agent Cathleen Dent